# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of FL

Case Number: 6:26-cv-01610-RBD-LHP

ROC2026005686

Plaintiff: **Swami Family Trust Dated February 22, 2024, Ravi Patel, 107 Hospitality, Inc., BBI LLC, Dipak and Vanita Patidar Trust, Ask Florida LLC, Jay Shree Ram, LLC, Kaianta LLC, DDP Legacy Business Trust LLC, SSD Business Trust LLC, and Taranjit Business Trust LLC**

vs.

Defendant: **Sandeep Mathow, Kismet Business Trust LLC, Kismet Family Holdings LLC, TYKHE LLC, Athena Investment Properties LLC, Goliath Ventures, Noble Capital Management Group LLC, Monarch Investment LLC, Noble CMG Wabash LLC, and Noble CMG Wiley LLC**

For: Roderick F. Coleman, Esq.
Coleman Law, PLLC

Received by Rock Legal Services & Investigations Inc on the 6th day of August, 2026 at 10:51 am to be served on **TYKHE LLC C/O Cloud Pek Law LLC, 1095 Sugar View Drive, Suite 500, Sheridan, WY 82801**. I, Dustin Looper, being duly sworn, depose and say that on the 8 day of August, 2026 at 1:45 p.m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; ORDER; AMENDED COMPLAINT** in accordance with state statutes in the manner marked below:

(X) CORPORATE SERVICE: By serving Chase Brown as registered agent intake specialist in compliance with Florida Statute 48.081 or other state statute as applicable.

(__) NON SERVICE: For the reason detailed in the Comments below.

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true.

Under penalties of perjury, I declare that I have read the foregoing and that the facts stated in it are true.

**COMMENTS:**

Age 20's Sex (M) F Race W Height 5'11" Weight 200 Hair blond Glasses Y N

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

State of Wyoming
County of Sheridan
Subscribed and Sworn to before me on the 11 day of August, 2026 by the affiant who is (X) personally known to me or (__) produced appropriate identification.

[signature]

NOTARY PUBLIC

Matthew Schuster
Print name

MATTHEW SCHUSTER
Notary Public - State of Wyoming
Commission ID: 169530
My Commission Expires Feb. 6, 2030

[signature]

PROCESS SERVER # WY-NA
Appointed in accordance with State Statutes

**Rock Legal Services & Investigations Inc**
**500 South Australian Ave.**
**Suite 606**
**West Palm Beach, FL 33401**
**(561) 296-7574**

Our Job Serial Number: 2026005686
Ref: 22 v. Mathow